### HANA, w., vs. MEHEKULA, K.

---

ON EXCEPTIONS to a judgment of a Justice of the Supreme Court in a divorce case, as against evidence; it appearing that there was evidence to sustain the decree, the exceptions were overruled.

Opinion of the Court by JUDD, C. J.

This is a libel for divorce on the ground of desertion, tried by Mr. Justice McCully at the April Term, 1881, of this Court.

The decree was refused. An appeal was taken by the libellant which was disposed of at the Special Term of this Court, (November, 1881), the Court holding that an exception to the judgment of the Court as against evidence would be entertained.

Having heard counsel and examined the recorded testimony, we are of opinion that there was evidence to sustain

the judgment excepted to and accordingly overrule the exceptions.

W. L. Holokahiki for libellant.

J. L. Kaulukou for respondent.

Honolulu, February 3, 1882.